DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL DEWAYNE RICH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D2025-2960

_____

March 20, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Manatee County; Teresa Kaklis Dees, Judge.

Michael Dewayne Rich, pro se.


PER CURIAM.

    Affirmed.

KELLY, VILLANTI, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.